NUMBER13-05-512-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


SCOTT ROLLINGS, Appellant,


v.



GEORGE BEXLEY, Appellee.

_______________________________________________________


On appeal from the 156th District Court


of San Patricio County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam



 Appellant, SCOTT ROLLINGS, perfected an appeal from a judgment entered by
the 156th District Court of San Patricio County, Texas, in cause number S-03-5431-CV-B. The notice of appeal was August 8, 2005. Pursuant to Tex. Gov't Code
§51.207(b)(1) and §51.941(a)(1), a filing fee in the amount of $125.00 is due upon
the filing of an appeal. To date, appellant has failed to pay the filing fee. By letter
dated March 7, 2006, this Court notified appellant at his address at 229 S. 8th,
Aransas Pass, Texas, of the delinquent filing fee. The Clerk advised appellant that, if
the filing fee was not paid within ten days from the date of receipt of this Court's
notice, the appeal would be dismissed. The Court's letter was returned, and the Court
was informed that appellant was no longer at that address and had left no forwarding
address. 

 Accordingly, because appellant has failed to pay the filing fee and has not
provided us with any other address or means of contacting him, we dismiss this appeal
for failure to comply with an order of this Court. See Tex. R. App. P. 42.3(c).

 PER CURIAM


Memorandum Opinion delivered and filed

this the 28th day of December, 2006.